UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 99-CV2541

NANCY ROBERSON,,

    Plaintiff,

vs.

CONDOTTI SHOPS USA, INC., a Florida corporation, and IRWIN E. TAUBER, individually,

    Defendants.
_____/

### NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff, NANCY ROBERSON, hereby files her Notice of Voluntary Dismissal with prejudice against Defendants, CONDOTTI SHOPS USA., INC. and IRWIN E. TAUBER, individually, in the above-styled case.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to: Frank Scruggs, Esq., Greenberg Traurig, 515 East Las Olas Boulevard, Fort Lauderdale, Florida 33301, this 11th day of August, 2000.

    GRUMER & LEVIN, P.A.
    One East Broward Boulevard
    Suite 1501
    Ft. Lauderdale, Florida 33301
    (954) 713-2700
    (954) 713-2713 Fax

    By: _____
    Keith T. Grumer
    Florida Bar No. 504416

**COPIES NOT PROVIDED**